UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                           :

JUAN CARLOS ROMERO CRUZ,            :

                       :

               Petitioner,       :

                       :           26-CV-436 (JMF)

     -v-                 :

                       :      MEMORANDUM OPINION

LADEON FRANCIS, *New York Field Office Director for* :     AND ORDER
*U.S. Immigration and Customs Enforcement,* et al.,  :

                       :

              Respondents.    :

                       :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Petitioner Juan Carlos Romero Cruz, who was detained by immigration authorities on or about January 15, 2026, petitions for the writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1, ¶ 7.  By Order entered yesterday, the Court scheduled a conference for January 20, 2026, at 10:30 a.m., and directed the parties to submit a joint letter by today at 5:00 p.m. addressing, among other things, whether there is any basis to distinguish this case from the Court's recent immigration decisions, including *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025), and *Khabazha v. U.S. Imm. & Customs Enforcement*, No. 25-CV-5279 (JMF), 2025 WL 3281514, at *1 (S.D.N.Y. Nov. 25, 2025) (and, if not, whether Respondents would consent to issuance of the writ — subject to preservation of Respondents' arguments for appeal).  *See* ECF No. 4.

To the government's credit, Respondents filed a timely letter on January 17, 2026.  *See* ECF No. 5.  The government noted that while "Petitioner was not present in the Southern District of New York at the time of filing" and rather, "at the Nassau County Correctional Center in East Meadow, New York, which is located within the Eastern District of New York," Respondents

agreed to "waive[] any challenge to venue." *Id.* at 2.

With regard to the merits, the letter states that "the government believes that the scheduled conference and full briefing is not necessary in this case given the Court's prior decision in Guzman Cardenas, and the Court can decide this matter based on this submission." *Id.* at 2.  More specifically, Respondents concede that "this case is not materially distinguishable" from *Guzman Cardenas* and that "that decision would control the result in this case if the Court adheres to it." *Id.*  The Court does adhere to its decision in *Guzman Cardenas*. Accordingly, and in light of Respondents' concessions (even as they "reserve[e] all rights, including the right to appeal," *id.*), the Petition for the writ of habeas corpus is GRANTED.

Accordingly, Respondents shall release Petitioner in this District — and file certification thereof — by **5:00 p.m., tomorrow, January 18, 2026**.

The Clerk of Court is directed to close this case.  The conference scheduled for January 20, 2026 is CANCELED as moot.

SO ORDERED.

Dated: January 17, 2026
     New York, New York

_____
JESSE M. FURMAN
United States District Judge

2