**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JUAN CARLOS ROMERO CRUZ,

                               Petitioner,           26 **CIVIL** 0436 (JMF)

          -against-                       **JUDGMENT**

Francis LaDeon
New York Field Office Director for U.S.
Immigration and Customs Enforcement, et al.,

                              Respondents.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 17, 2026, the Petition for

the writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
          January 21, 2026

                                  **TAMMI M. HELLWIG**
                                    _____
                                     **Clerk of Court**

                **BY:**   _____
                                  **Deputy Clerk**